```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3168 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BYRON CRAFT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue hearing and brief date, filing 19, is granted, and

1. The motion hearing that was set for March 30, 2008 is continued to February 11, 2008 at 1:30 p.m.

2. Plaintiff is given until February 8, 2008 to file its brief in response to defendant's motion to dismiss.

DATED this 24th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge