IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:07CR3168 |
| ) | |
| v. ) | |
| ) | |
| JAMES BYRON CRAFT, ) | ORDER ON ORAL REQUEST TO |
| ) | RESCHEDULE SENTENCING HEARING |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the oral request to reschedule the sentencing hearing is granted;

2. the sentencing hearing shall commence at 2:00 p.m. on July 22, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated July 21, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge