**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                    Plaintiff,           )<br>                                                                )<br>        vs.                                                 )<br>                                                                )<br>JAMES BYRON CRAFT,                   )<br>                                                                )<br>                    Defendant.         )<br>                                                                ) | 4:07CR3168<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because the defendant was released from Houses of Hope, and as of this time, he has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that his release will not pose a risk of harm to the public or a danger to the safety of any person or the community.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   July 14, 2011                    BY THE COURT:


                                                                *s/Cheryl R. Zwart*
                                                                Cheryl R. Zwart
                                                                United States Magistrate Judge